REVERSE the order granting the motion to dismiss AND
 REMAND this matter to the district court for further proceedings
 consistent with this order.'

 J.
 Hardesty

 J.
 Douglas

 CHERRY, J., concurring:
 For the reasons stated in the SFR Investments Pool 1, LLC v.
 US. Bank, N.A., 130 Nev. , 334 P.3d 408 (2014), dissent, I disagree
 that respondent Nationstar lost its lien priority by virtue of the
 homeowners association's nonjudicial foreclosure sale. I recognize,
 however, that SFR Investments is now the controlling law and, thusly,
 concur in the disposition of this appeal.

 Chut.
 Cherry

 cc: Hon. Stefany, Miley, District Judge
 Law Offices of Michael F. Bohn, Ltd.
 The Castle Law. Group, LLP
 Eighth District Court Clerk

 'The injunction imposed by our October 18, 2013, order is vacated.

SUPREME COURT
 OF
 NEVADA
 2
(0) 1947A (e-